

# Fourth Court of Appeals
## San Antonio, Texas

December 10, 2014

No. 04-14-00397-CV

**INTEREST OF S.D.A.,** et al,

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2013EM506191
Honorable Eric Rodriguez, Judge Presiding

# O R D E R

Sitting:        Karen Angelini, Justice
                   Sandee Bryan Marion, Justice
                   Rebeca C. Martinez, Justice

On November 25, 2014, we issued an order setting this appeal for submission on briefs. Upon further examination of the briefs and the record, we conclude our prior order setting this appeal for submission was premature and should be withdrawn.

This is an appeal from an order in a suit affecting the parent-child relationship filed by the Attorney General of Texas. The appellant is Sam Marlon Alvarez. The appellees are the Attorney General of Texas and Dulce Reynoso Alvarez. The trial court's order includes a finding pursuant to section 105.006(c) of the Texas Family Code and restricts the disclosure of Ms. Alvarez's address and other identifying information. *See* TEX. FAM. CODE ANN. §105.006(c) (West 2014). The Clerk of this Court was never provided with an address for Ms. Alvarez. As a consequence, no correspondence concerning this appeal has been sent to Ms. Alvarez.

Appellant's brief has been filed. The Attorney General of Texas has declined to file a brief. For obvious reasons, Ms. Alvarez has not filed a brief in this appeal.

The Attorney General of Texas has recently taken steps to inform Ms. Alvarez of the existence of this appeal and to provide her with information about how to contact the Clerk of this Court for more information concerning this appeal.

In light of the fact that Ms. Alvarez has not been given an opportunity to file a brief, our November 25, 2014 order setting this appeal for submission on January 7, 2015, is WITHDRAWN pending further order of this Court.

Attested to: _____

Keith E. Hottle
Clerk of Court

**PER CURIAM**

